UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANICE KIOGIMA,

     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC., TRANSUNION,
LLC, and CREDIT UNION ONE,

     Defendant(s).

Case No. 26-cv-10400

Honorable Robert J. White

## ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS

On June 30, 2026, Counsel docketed a Notice of Intent to Settle with Defendant Equifax Information Services, LLC, which will be finalized within the next 90 days. Defendants TransUnion, LLC and Credit Union One have been dismissed, ECF Nos. 11, 18.

Accordingly, it is **ORDERED** that the remaining parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **September 30, 2026.**

Dated: July 7, 2026

s/ Robert J. White
Robert J. White
United States District Judge